# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. LIAL, *et al.*, | |
|               Plaintiffs, | Case No. 2:10-cv-02121-GMN-PAL |
| vs. | **ORDER** |
| BANK OF AMERICA CORPORATION, *et al.*, | (Mot Stay - Dkt. #24) |
|               Defendants. | (Mot Prot Ord - Dkt. #25)<br>(Mot Ext Disc - Dkt. #26) |

Before the court is Defendants' Emergency Motion to Stay Discovery Until Court Rules on Pending Motion to Dismiss (Dkt. #24), Defendants' Motion for Protective Order (Dkt. #25), and Defendants' Motion for Order Extending Discovery Deadline (Dkt. #26). On June 1, 2011, the undersigned entered an Order (Dkt. #27) giving Plaintiffs until June 14, 2011, to respond to all three motions, but no responses were filed and the time for filing a response has run. Defendants filed a Notice of Non-Opposition (Dkt #28) pointing out that Plaintiffs had not timely responded.

LR 7-2(d) states, "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS ORDERED** that:

1. Defendants' Emergency Motion to Stay Discovery Until Court Rules on Pending Motion to Dismiss (Dkt. #24) is **GRANTED**.
2. Defendants' Motion for Protective Order (Dkt. #25) is **GRANTED**.
3. Defendants' Motion for Order Extending Discovery Deadline (Dkt. #26) is **GRANTED**.

///
///
///

4. The parties shall meet and confer within fourteen days of the decision on the Motion to Dismiss (Dkt. #8), and submit a proposed Discovery Plan and Scheduling Order as to any claims that survive.

Dated this 30th day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge