UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY W. LIAL and MARQULINN LIAL, | ) | Case No.: 2:10-cv-02121-GMN-PAL |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION; RECONTRUST COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

On November 1, 2011, the Court issued its written Order granting Defendants' Motion to Dismiss (ECF No. 8), and giving Plaintiffs leave to file an amended complaint by November 22, 2011 (ECF No. 35). Plaintiffs failed to file an amended complaint, and have not requested an extension of time in which to file an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to close this case.

DATED this 16th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge