J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. LIAL and MARQULINN LIAL,<br><br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA CORPORATION; RECONTRUST COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>Defendants. | Case:  2:10-cv-02121-GMN-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants' Motion to Dismiss on September 26, 2011 [DE 31]. Plaintiff filed a Notice of Appeal on October 24, 2011 {DE 33], which was dismissed on February 21, 2012 [DE 41].  This Court filed an Order on Mandate on May 29, 2012 [DE 43].

The Court finds that Plaintiffs filed a Notice of Pendency of Action (the "Lis Pendens") on or about November 8, 2010, in the Eighth Judicial District Court of the State of Nevada before the action was removed to this Court.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens , and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.     IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiffs are hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

**IT IS SO ORDERED** this 17th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

444762

EXHIBIT "A"

# EXHIBIT "A"

```
Gary W. Lial
Marqulinn Lial
10480 Wildflower Gully Street
Las Vegas, Nevada 89178
(702) 400-5010
Plaintiffs in proper person
```

**FILED**

Nov 8  4 01 PM '10

CLERK ... COURT

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Gary W. Lial; Marqulinn Lial, | Case No.: A-10-628838-C |
| Plaintiffs, | Dept. No.: II |
| vs. | |
| Bank of America Corporation; Recontrust Company; Federal National Mortgage Association; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive, | **NOTICE OF LIS PENDENS** |
| Defendants. | |



A-10-628838-C
NOLP
Notice of Lis Pendens
1041172

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property as described herein was commenced in the above-entitled court on November 8, 2010 by Gary W. Lial and Marqulinn Lial, Plaintiffs, against Bank of America Corporation; Recontrust Company; Federal National Mortgage Association; and Mortgage Electronic Registration Systems, Inc., Defendants. The action is now pending in the above-named court. The action concerns title to specific real property identified in the Complaint situated in Clark County, Nevada, commonly known as 10480 Wildflower Gully Street, Las Vegas, NV 89178, APN 176-27-810-002, and more particularly described as: ALTURAS UNIT 1 AT MOUNTAINS EDGE PLAT BOOK 128 PAGE 82 LOT 2 SEC 27 TWP 22 RNG 60.

Dated this 8th day of November, 2010.

_____         _____
Gary W. Lial                                      Marqulinn Lial
10480 Wildflower Gully Street         10480 Wildflower Gully Street
Las Vegas, Nevada 89178                Las Vegas, Nevada 89178
(702) 400-5010                                (702) 400-5010
Plaintiff in proper person                 Plaintiff in proper person

**RECEIVED**
NOV - 8 2010
CLERK OF THE COURT